**FILED**
APR 15 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LJUBICA RAJKOVIC, ) | |
| ) | |
| Plaintiff, ) | Case: 1:15-cv-00563 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 4/15/2015 |
| ) | Description: Pro Se Gen. Civil (F Deck) |
| REPUBLICAN GRAND OLD PARTY ) | |
| OF THE U.S., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

According to the plaintiff, a Serbian citizen, she participated in an exchange program as a high school student in the United States during the Carter administration (1976-77), and returned to continue her studies in the United States and Canada. *See* Compl. ¶¶ 4-7. She claimed to have been held "hostage by the French since birth and has remained [a] hostage by the same." *Id.* ¶ 8. She further claimed that she and her child had been held hostage "by the French Canadians . . . ." *Id.* ¶ 9. After having recounted subsequent events, *see id.* ¶¶ 10-13, plaintiff alleged that "the Democratic Party engag[ed her] in harassment, hate crime, kidnapping and stalking, as well as establishing communist way of life i.e., surveillance, as American way of life." *Id.* ¶ 13. The only relief plaintiff has sought is "annul[]ment of French Treaty of Commerce and Alliance dated February 6, 1778." *Id.* ¶ 15.

Missing from the complaint is any statement of this Court's jurisdiction or a short and plain statement of claim showing that plaintiff is entitled to relief. As drafted, the complaint does not comply with Rule 8(a), and it therefore will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/9/15

_____
United States District Judge